KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-659 VRW |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 31, 2006 TO FEBRUARY 13, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| BERNIE CUSTODIO, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on October 31, 2006, November 21, 2006, and December 19, 2006. At the first hearing, the Defendant had not yet had a chance to fully review the discovery recently provided by the government. At the subsequent two hearings, counsel for the Defendant requested additional time to investigate the facts of the case in order to determine the best strategy for plea negotiations. With the agreement of the parties, and with the consent of the defendant, the Court therefore enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 31, 2006 to February 13, 2007. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time

STIPULATION AND ORDER
06-659 VRW

1  necessary for effective preparation, taking into account the exercise of due diligence and the need
2  to review the discovery and investigate options for the most appropriate settlement of the case,
3  and would deny the defendant continuity of counsel.
4      2. Given these circumstances, the Court found that the ends of justice served by
5  excluding the period from October 31, 2006 to February 13, 2007, outweigh the best interest of
6  the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
7      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
8  from October 31, 2006 to February 13, 2007, be excluded from Speedy Trial Act calculations
9  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
10     4. The parties shall appear before the Court at 10:30 on Tuesday, February 13, 2007.
11     IT IS SO STIPULATED.
12
13 DATED: ___12/19/06_____        _____/s/_____
                                               TRACIE L. BROWN
14                                             Assistant United States Attorney
15
16 DATED: _____12/21/06_____         ____/s/_____
                                               SHAWN HALBERT
17                                             Attorney for BERNIE CUSTODIO
18     IT IS SO ORDERED.
19
20 DATED: January 5, 2007



STIPULATION AND ORDER
06-659 VRW                                     2