1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant BERNIE CUSTODIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-06-00659 VRW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS DATE FROM MARCH 6, 2007 TO MARCH 20, 2007 |
| v. | ) ) | |
| BERNIE CUSTODIO, | ) ) | |
| Defendant. | ) ) ) | |

The undersigned parties stipulate as follows:

1. The parties' next status date before this Court is currently scheduled for March 6, 2007 at 10:30 a.m.

2. The parties are in the process of determining whether the case will settle and if so, on what terms, or will proceed to motions and trial.  The defense has indicated that it needs to conduct additional investigation and obtain additional materials.  The government does not object to this request.  The parties request that the status date be continued to March 20, 2007 or some date thereafter so that the defense will have adequate time to complete the actions described above.

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

3. The parties agree that the time between March 6, 2007 and March 20, 2007 should be excluded from the computation of time within which the trial of this matter must commence for effective preparation of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO STIPULATED

Date: March 6 , 2007                    _____/S/_____
                                        SHAWN HALBERT
                                        Assistant Federal Public Defender


Date: March 6 , 2007                    _____/S/_____
                                        JULIE ARBUCKLE
                                        Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the status hearing, previously set by this Court for March 6, 2007 at 10:30 a.m. shall be continued to March 20, 2007 at 10:30 a.m.  IT IS FURTHER ORDERED that the time between March 6, 2007 and March 20, 2007 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: March 7, 2007



THE HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW