```
1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant BERNIE CUSTODIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-06-00659 VRW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING APRIL 17, |
|  | ) 2007 DATE FOR SETTING/CHANGE |
| BERNIE CUSTODIO, | ) OF PLEA TO MAY 8, 2007 FOR |
|  | ) CHANGE OF PLEA |
| Defendant. | ) |

The undersigned parties stipulate as follows:

1. The parties' next appearance before this Court is currently scheduled for April 17, 2007 at 10:30 a.m. for setting/change of plea.

2. The parties are in the process of settling the case and negotiating a plea agreement. The parties request that the court continue the April 17, 2007 appearance to May 8, 2007 at 10:30 a.m. for a change of plea.

3. The parties agree that the time between April 17, 2007 and May 8, 2007 should be excluded from the computation of time within which the trial of this matter must commence for effective preparation of counsel, and because the ends of justice served

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

1  by taking such action outweigh the best interest of the public and the defendant in a
2  speedy trial, in light of the need for the reasonable time necessary for effective
3  preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §
4  3161(h)(8)(A) and 3161(h)(8)(B)(iv).
5  IT IS SO STIPULATED

7  Date: April 16 , 2007          _____/S/_____
                                   SHAWN HALBERT
8                                  Assistant Federal Public Defender

10 Date: April 16 , 2007          _____/S/_____
                                   TRACIE L. BROWN
11                                 Assistant United States Attorney

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

2

1 ORDER

2     For GOOD CAUSE SHOWN, it is hereby ORDERED that the next court appearance in this
3 matter, previously set by this Court for April 17, 2007 at 10:30 a.m. for setting/change of plea, shall
4 be continued to May 8, 2007 at 10:30 a.m. for change of plea. IT IS FURTHER ORDERED that the
5 time between April 17, 2007 and May 8, 2007 shall be excluded from the computation of time within
6 which the trial of this matter must commence because the ends of justice served by taking such
7 action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need
8 for the reasonable time necessary for effective preparation of counsel, for the reasons described in
9 the above stipulation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A)
10 and 3161(h)(8)(B)(iv).

13 Date: 4/24/2007

    THE HONORABLE VAUGHN R WALKER
    UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

3