BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant BERNIE CUSTODIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>BERNIE CUSTODIO,<br><br>    Defendant. | CR-06-00659 VRW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING NEXT COURT<br>DATE FROM JUNE 26, 2007 TO JULY<br>31, 2007 AT 10:30 A.M. |

The undersigned parties stipulate as follows:

1.  The next hearing date before this Court is scheduled for June 26, 2007 at 2:30 p.m.

2.  The parties attended a settlement conference before Magistrate Judge James on June 18, 2007.  The settlement conference was continued for further settlement discussions to July 24, 2007 at 10:00 a.m.

2.  Based on the upcoming further settlement conference, the next court date before this court should be continued to the next available date following July 24, which is July 31, 2007.

3.  The parties agree that the time between June 26, 2007 and July 31, 2007 should be excluded from the computation of time within which the trial of this matter must

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW

commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO STIPULATED

Date: June 25, 2007 _____/S/_____
SHAWN HALBERT
Assistant Federal Public Defender

Date: June 25 , 2007 _____/S/_____
TRACIE BROWN
Assistant United States Attorney

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW       2

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the next hearing in this matter, previously set by this Court for June 26, 2007 at 10:30 a.m., shall be continued to July 31, 2007 at 10:30 a.m. IT IS FURTHER ORDERED that the time between June 26, 2007 and July 31, 2007 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: 6/26/2007

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE



STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR-06-00659 VRW                3