BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BERNIE CUSTODIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-06-00659 VRW |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER CONTINUING SENTENCING ) DATE FROM OCTOBER 25, 2007 TO ) DECEMBER 13, 2007 |
| BERNIE CUSTODIO, | ) |
| Defendant. | ) |

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; CR-06-00659 VRW

The undersigned parties stipulate as follows:

1. The parties' next scheduled date before this Court is for sentencing on October 25, 2007.

2. As a result of defendant's work schedule and undersigned defense counsel's schedule, the probation interview has been delayed and more time is required for completion of the Presentence Investigation Report. The parties agree that Mr. Custodio should be interviewed by the assigned probation officer. Additionally, the probation officer is gathering additional documents relating to the sentencing. Thus, the parties request that the sentencing be continued to December 13, 2007.

IT IS SO STIPULATED

Date: October 12, 2007  _____/S/_____
SHAWN HALBERT
Assistant Federal Public Defender

Date: October 12, 2007  _____/S/_____
TRACIE BROWN
Assistant United States Attorney

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing date in this matter, previously set by this Court for October 25, 2007 at 1:30 p.m., shall be continued to December 13, 2007 at 1:30 p.m.

Date: 10/22/2007

THE HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Vaughn R Walker* [seal: United States District Court, Northern District of California]

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; CR-06-00659 VRW